**No. 57167.**—W. J. Byrnes & Co. of N. Y., Inc., and Geo. Bernstein & Bro., Inc., et al. *v.* United States, protests 74874–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57168.**—G. Abramovitch and Schneider Bros. & Co., Inc., et al. *v.* United States, protests 150715–K (B), etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

BEFORE THE THIRD DIVISION, MARCH 18, 1953

**No. 57169.**—Rudy Patrick Seed Co. *v.* United States, protest 197053–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc.* (*Alltransport, Incorporated*) v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.

**No. 57170.**—U. S. A. International Company, Inc. *v.* United States, protest 187744–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.